IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

Case No. 3:25-cv-00230-CCB-SJF

IMAGE PROFESSIONALS GMBH d/b/a STOCKFOOD,

Plaintiff,

v.

THE AMERICAN TABLE RESTAURANT, INC.,

Defendant.

---

# NOTICE OF SETTLEMENT

Plaintiff Image Professionals GmbH d/b/a StockFood ("Plaintiff") hereby gives notice that the parties have reached a settlement in principle that fully resolves this lawsuit. The parties have finalized a written settlement agreement and anticipate filing a notice of dismissal with prejudice within the next 30 days.

Dated: June 3, 2025.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.



COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228